IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SALIA KONE | : | CIVIL ACTION |
| | : | |
| VS. | : | NO.  02-3232 |
| | : | |
| JOHN ASHCROFT | | |

## ORDER

AND NOW, this 9th day of APRIL, 2003, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Charles R. Weiner to the calendar of the Honorable Clarence C. Newcomer.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court